# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Engelmayer, Paul A. | U.S. District Court, Southern District of New York | 04/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Centre Street
New York, NY
10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Co-Executor | Estate #2 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2009 | WilmerHale partnership agreement re interest earned on retained capital of former partners (y) - See Section VIII for details |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | 01/08/14-01/09/14 | Cambridge, MA | Teaching | Transportation, Meals and Lodging |
| 2. | United States District Court - SDNY | 06/11/14-06/13/14 | Saratoga Springs, NY | 2nd Circuit Judicial Conference | Transportation, Meals and Lodging |
| 3. | Harvard Law School | 10/22/14-10/23/14 | Cambridge, MA | Teaching | Transportation, Meals and Lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. -Aberdeen Emerging Markets Instl | C | Int./Div. | L | T | | | | | |
| 3. -Eaton Vance Structured Emerging Markets | D | Int./Div. | N | T | | | | | |
| 4. -Prudential Jennison Natural Resources Cl Z 1 | | None | M | T | | | | | |
| 5. -RS Global Natural Resources Cl Y | | None | | | Buy (add'l) | 03/20/14 | M | | |
| 6. | | | | | Sold | 11/21/14 | M | | |
| 7. -First Eagle Global Inst CL 1 | E | Int./Div. | N | T | | | | | |
| 8. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 9. -Deutsche Bank AG London 307 US CMS | | None | | | Matured | 06/25/14 | J | | |
| 10. -iShares S&P GSSI Nat | | None | | | Sold | 03/17/14 | M | A | |
| 11. -FPA Crescent Fund | C | Int./Div. | M | T | Buy | 11/25/14 | M | | |
| 12. Brokerage #2 (H) | | | | | | | | | |
| 13. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | N | T | | | | | |
| 14. Brokerage #3 (H) | | | | | | | | | |
| 15. -iShare DJ Utility SEC IN | B | Int./Div. | M | T | Buy | 06/16/14 | M | | |
| 16. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 17. | | | | | Buy (add'l) | 07/03/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/07/14 | K | | |
| 19. | | | | | Sold (part) | 07/21/14 | K | | |
| 20. | | | | | Buy (add'l) | 07/28/14 | L | | |
| 21. | | | | | Sold (part) | 08/04/14 | M | | |
| 22. | | | | | Buy (add'l) | 12/29/14 | M | | |
| 23.   -iShares Dow Jones US Energy Sector | B | Int./Div. | | | Buy (add'l) | 01/03/14 | J | | |
| 24. | | | | | Buy (add'l) | 02/03/14 | K | | |
| 25. | | | | | Sold (part) | 02/10/14 | M | C | |
| 26. | | | | | Buy (add'l) | 02/24/14 | M | | |
| 27. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 28. | | | | | Sold (part) | 06/09/14 | L | C | |
| 29. | | | | | Sold (part) | 06/16/14 | L | D | |
| 30. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 31. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 32. | | | | | Buy (add'l) | 07/07/14 | K | | |
| 33. | | | | | Sold (part) | 07/21/14 | K | B | |
| 34. | | | | | Buy (add'l) | 07/28/14 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/11/14 | K | B | |
| 36. | | | | | Sold (part) | 08/18/14 | K | B | |
| 37. | | | | | Sold | 09/29/14 | M | | |
| 38. | | | | | | | | | |
| 39.   -iShares Tr Dow Jones US Indl Se | A | Int./Div. | | | Buy (add'l) | 01/03/14 | J | | |
| 40. | | | | | Buy (add'l) | 02/03/14 | K | | |
| 41. | | | | | Sold (part) | 02/10/14 | M | E | |
| 42. | | | | | Buy (add'l) | 06/09/14 | M | | |
| 43. | | | | | Sold (part) | 06/16/14 | L | | |
| 44. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 45. | | | | | Sold (part) | 07/07/14 | M | | |
| 46. | | | | | Sold (part) | 07/10/14 | J | | |
| 47. | | | | | Buy (add'l) | 07/21/14 | M | | |
| 48. | | | | | Sold (part) | 07/28/14 | M | | |
| 49. | | | | | Buy (add'l) | 08/18/14 | M | | |
| 50. | | | | | Buy (add'l) | 09/29/14 | K | | |
| 51. | | | | | Buy (add'l) | 10/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/13/14 | K | | |
| 53. | | | | | Sold | 10/20/14 | M | | |
| 54.  -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 55.  -Materials SS SPDR | B | Int./Div. | | | Buy (add'l) | 01/03/14 | J | | |
| 56. | | | | | Buy (add'l) | 02/03/14 | K | | |
| 57. | | | | | Buy (add'l) | 02/10/14 | L | | |
| 58. | | | | | Sold (part) | 02/24/14 | L | D | |
| 59. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 60. | | | | | Sold (part) | 06/09/14 | K | D | |
| 61. | | | | | Sold (part) | 06/16/14 | K | D | |
| 62. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 63. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 64. | | | | | Buy (add'l) | 07/07/14 | K | | |
| 65. | | | | | Sold (part) | 07/21/14 | K | C | |
| 66. | | | | | Buy (add'l) | 07/28/14 | L | | |
| 67. | | | | | Sold (part) | 08/11/14 | K | C | |
| 68. | | | | | Sold (part) | 08/18/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/29/14 | K | | |
| 70. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 71. | | | | | Buy (add'l) | 10/13/14 | K | | |
| 72. | | | | | Buy (add'l) | 10/20/14 | M | | |
| 73. | | | | | Sold | 10/27/14 | N | B | |
| 74.    -Select Sector SPDR Financial | B | Int./Div. | | | Buy (add'l) | 01/03/14 | J | | |
| 75. | | | | | Buy (add'l) | 02/03/14 | K | | |
| 76. | | | | | Buy (add'l) | 02/10/14 | L | | |
| 77. | | | | | Sold (part) | 02/24/14 | L | D | |
| 78. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 79. | | | | | Sold (part) | 06/09/14 | K | D | |
| 80. | | | | | Sold (part) | 06/16/14 | L | C | |
| 81. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 82. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 83. | | | | | Buy (add'l) | 07/07/14 | K | | |
| 84. | | | | | Sold (part) | 07/21/14 | K | B | |
| 85. | | | | | Buy (add'l) | 07/28/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 08/11/14 | K | B | |
| 87. | | | | | Sold (part) | 08/18/14 | K | B | |
| 88. | | | | | Buy (add'l) | 09/29/14 | K | | |
| 89. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 90. | | | | | Buy (add'l) | 10/13/14 | K | | |
| 91. | | | | | Sold | 10/20/14 | M | A | |
| 92. -Consumer Stap SPDR | C | Int./Div. | M | T | Buy (add'l) | 01/03/14 | J | | |
| 93. | | | | | Sold (part) | 02/03/14 | M | | |
| 94. | | | | | Buy (add'l) | 06/16/14 | M | | |
| 95. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 96. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 97. | | | | | Buy (add'l) | 07/07/14 | K | | |
| 98. | | | | | Sold (part) | 07/21/14 | K | A | |
| 99. | | | | | Sold (part) | 07/28/14 | M | | |
| 100. | | | | | Buy (add'l) | 08/11/14 | M | | |
| 101. | | | | | Sold (part) | 08/18/14 | K | A | |
| 102. | | | | | Buy (add'l) | 09/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 104. | | | | | Buy (add'l) | 10/13/14 | K | | |
| 105. | | | | | Buy (add'l) | 10/20/14 | L | | |
| 106. | | | | | Sold (part) | 12/08/14 | J | A | |
| 107. | | | | | Sold (part) | 12/29/14 | L | D | |
| 108.   -Consumers Dis SS SPDR | A | Int./Div. | M | T | Buy (add'l) | 01/03/14 | J | | |
| 109. | | | | | Sold (part) | 02/03/14 | M | D | |
| 110. | | | | | Buy (add'l) | 08/04/14 | M | | |
| 111. | | | | | Sold (part) | 08/11/14 | K | A | |
| 112. | | | | | Sold (part) | 08/18/14 | K | A | |
| 113. | | | | | Buy (add'l) | 09/29/14 | K | | |
| 114. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 115. | | | | | Sold (part) | 10/13/14 | M | | |
| 116. | | | | | Buy (add'l) | 12/29/14 | M | | |
| 117.   iShares Tr Dow Jones US Technology SE | C | Int./Div. | M | T | Buy (add'l) | 01/03/14 | J | | |
| 118. | | | | | Buy (add'l) | 02/03/14 | K | | |
| 119. | | | | | Buy (add'l) | 02/10/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 02/24/14 | L | D | |
| 121. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 122. | | | | | Sold (part) | 06/09/14 | K | D | |
| 123. | | | | | Sold (part) | 06/16/14 | L | D | |
| 124. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 125. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 126. | | | | | Buy (add'l) | 07/07/14 | K | | |
| 127. | | | | | Sold (part) | 07/21/14 | K | C | |
| 128. | | | | | Buy (add'l) | 07/28/14 | K | | |
| 129. | | | | | Sold (part) | 08/11/14 | K | C | |
| 130. | | | | | Sold (part) | 08/18/14 | K | C | |
| 131. | | | | | Buy (add'l) | 09/29/14 | K | | |
| 132. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 133. | | | | | Buy (add'l) | 10/13/14 | K | | |
| 134. | | | | | Buy (add'l) | 10/20/14 | L | | |
| 135. | | | | | Sold (part) | 12/08/14 | K | C | |
| 136. | | | | | Sold (part) | 12/29/14 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -\iShares Tr Dow Jones US Healthcare Se | B | Int./Div. | | | Buy (add'l) | 01/03/14 | J | | |
| 138. | | | | | Buy (add'l) | 02/03/14 | K | | |
| 139. | | | | | Buy (add'l) | 02/10/14 | L | | |
| 140. | | | | | Sold (part) | 02/24/14 | L | D | |
| 141. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 142. | | | | | Sold (part) | 06/09/14 | K | C | |
| 143. | | | | | Sold (part) | 06/16/14 | K | D | |
| 144. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 145. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 146. | | | | | Buy (add'l) | 07/07/14 | K | | |
| 147. | | | | | Sold (part) | 07/21/14 | K | B | |
| 148. | | | | | Buy (add'l) | 07/28/14 | K | | |
| 149. | | | | | Sold (part) | 08/11/14 | K | C | |
| 150. | | | | | Sold (part) | 08/18/14 | K | B | |
| 151. | | | | | Buy (add'l) | 09/29/14 | K | | |
| 152. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 153. | | | | | Buy (add'l) | 10/13/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/20/14 | M | D | |
| 155. iShares Trust Barclays Short Treasury Bond Fund | A | Int./Div. | | | Buy | 10/20/14 | N | | |
| 156. | | | | | Buy (add'l) | 10/27/14 | N | | |
| 157. | | | | | Sold (part) | 12/08/14 | N | | |
| 158. | | | | | Sold | 12/29/14 | N | | |
| 159. -iShares Dow Jones Financial Sector | B | Int./Div. | M | T | Buy | 12/08/14 | N | | |
| 160. | | | | | Sold (part) | 12/29/14 | L | A | |
| 161. Brokerage #4 (H) | | | | | | | | | |
| 162. -Acadian Emerging Markets | B | Int./Div. | M | T | | | | | |
| 163. -BBH Core Select N | E | Int./Div. | O | T | | | | | |
| 164. -Berkshire Hathaway Inc Del Cl A | | None | P2 | T | | | | | |
| 165. -Berkshire Hathaway Inc Del B | | None | M | T | Sold (part) | 08/19/14 | K | E | |
| 166. -Wisdom Tree LargeCap Dividend | E | Int./Div. | O | T | | | | | |
| 167. -PIMCO Unconstrained Bond Instl CL | D | Int./Div. | | | Sold | 10/09/14 | O | E | |
| 168. -Prudential Jennison Natural Resources Fund Cl Z | | None | M | T | Sold (part) | 12/23/14 | J | | |
| 169. -RS Global Natural Resources Cl Y | | None | | | Buy (add'l) | 03/20/14 | M | | |
| 170. | | | | | Sold | 11/21/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -First Eagle Global Inst CL I | E | Int./Div. | O | T | | | | | |
| 172. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 173. -GNMA II 000644 (36202AWD) | A | Int./Div. | J | T | | | | | |
| 174. -iShares S&P GSSI Nat | | None | | | Sold | 03/17/14 | M | A | |
| 175. -JPMorgan Strategic Income Opprts Sel | C | Int./Div. | O | T | Buy | 10/10/14 | O | | |
| 176. -FPA Crescent Fund | C | Int./Div. | L | T | Buy | 11/25/14 | L | | |
| 177. Brokerage #5 (H) | | | | | | | | | |
| 178. -Long Island Pwr Authn Y Elec Sys Rev (5426902H4) | C | Int./Div. | M | T | | | | | |
| 179. -Metropolitan Transn Auth NY Rev For (59259YRF8) | C | Int./Div. | M | T | | | | | |
| 180. -New York N Y Go Bds Subseries L-1 Fiscal (64966G4H2) | C | Int./Div. | M | T | | | | | |
| 181. -New York N Y Go Bds Ser. H (64966JJ80) | D | Int./Div. | L | T | Sold (part) | 11/06/14 | L | | |
| 182. -New York NY City Transitional Fin Auth Rev (64971QHR7) | D | Int./Div. | M | T | Sold (part) | 06/02/14 | M | | |
| 183. -New York N Y City Transitional Fin (64972HSF0) | C | Int./Div. | M | T | | | | | |
| 184. -New York N Y City Transitional Fin (64972HTM4) | C | Int./Div. | M | T | | | | | |
| 185. -New York St Brdg Auth Rev Gen Rev Bds (649807CE2) | C | Int./Div. | | | Sold | 01/24/14 | M | | |
| 186. -New York St Dorm Auth Revs Non St (649906QE7) | C | Int./Div. | M | T | | | | | |
| 187. -New York St Dorm Auth Revs St (64990HFT2) | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -New York St Dorm Auth Revs St (64990HMQ0) | C | Int./Div. | M | T | | | | | |
| 189. -New York St Dorm Auth Revs St (64990HPC8) | C | Int./Div. | L | T | | | | | |
| 190. -New York St Twy Authst Pers Income Tax(650028RX3) | B | Int./Div. | L | T | | | | | |
| 191. -Puerto Rico Comwlth Pub Impt Ref Bds (74514LC62) | D | Int./Div. | | | Sold | 07/10/14 | L | | |
| 192. -Puerto Rico Elec Pwr Auth Pwr (74526QAJ1) | C | Int./Div. | | | Sold | 09/10/14 | K | | |
| 193. -Triborough Brdg & Tunl Auth N Y Revs 05 (89602NZE7) | C | Int./Div. | L | T | | | | | |
| 194. -New York St Twy Authgen Rev Gen Rev Bds (650009YC1) | B | Int./Div. | L | T | | | | | |
| 195. -New York St Dorm Auth St Pers Income (64990ECG0) | C | Int./Div. | L | T | | | | | |
| 196. -New York NY Go Bds Ser. Fiscal 2014 D-1 (64966K3U5) | C | Int./Div. | M | T | | | | | |
| 197. -New York NY Go Bds Ser. Fiscal 2014 D-1 (64966K3X9) | C | Int./Div. | M | T | | | | | |
| 198. -New York St Dorm Auth Sales Tax Rev (64990AAL9) | C | Int./Div. | M | T | | | | | |
| 199. -New York City Transitional (64971QXQ1) | C | Int./Div. | M | T | | | | | |
| 200. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 201. -Metropolitan Trans Auth NY Dedicated (59259NR54) | C | Int./Div. | M | T | Buy | 01/24/14 | M | | |
| 202. -New York ST Dorm Auth Rev Non ST (649906PS7) | B | Int./Div. | M | T | Buy | 06/19/14 | M | | |
| 203. -Triborough Brdg & Tunl Auth NY Revs (89602NYB4) | B | Int./Div. | L | T | Buy | 08/05/14 | L | | |
| 204. IRA #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 33

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

04/10/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Aberdeen Emerging Markets Instl | B | Int./Div. | K | T | | | | | |
| 206. -RS Global Natural Resources Cl Y | A | Int./Div. | J | T | | | | | |
| 207. -BBH Core Select N | A | Int./Div. | K | T | | | | | |
| 208. -First Eagle Global Inst Cl I | B | Int./Div. | K | T | Buy (add'l) | 03/17/14 | J | | |
| 209. -Scout Unconstrained Bond | A | Int./Div. | K | T | | | | | |
| 210. IRA #3 (H) | | | | | | | | | |
| 211. -Aberdeen Emerging Markets Instl | A | Int./Div. | K | T | | | | | |
| 212. -RS Global Natural Resources Cl Y | A | Int./Div. | J | T | | | | | |
| 213. -BBH Core Select N | A | Int./Div. | J | T | Buy (add'l) | 03/17/14 | J | | |
| 214. -First Eagle Global Inst Cl I | A | Int./Div. | J | T | | | | | |
| 215. -Scout Unconstrained Bond Instl | A | Int./Div. | K | T | | | | | |
| 216. IRA #4 (H) | | | | | | | | | |
| 217. -RS Global Natural Resources Cl Y | B | Int./Div. | K | T | | | | | |
| 218. -Scout Unconstrained Bond Instl | B | Int./Div. | M | T | Buy (add'l) | 03/17/14 | J | | |
| 219. | | | | | Sold (part) | 11/21/14 | J | | |
| 220. IRA #5 (H) | | | | | | | | | |
| 221. -Aberdeen Emerging Markets Instl | B | Int./Div. | K | T | Sold (part) | 11/21/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Scout Unconstrained Bond Instl | A | Int./Div. | K | T | Buy (add'l) | 03/17/14 | J | | |
| 223. IRA #6 (H) | | | | | | | | | |
| 224. -Balestra Global Ltd | | None | K | T | Sold (part) | 10/01/14 | N | | |
| 225. -Definitive Guardian Fund, Ltd. | | None | O | T | | | | | |
| 226. -Schwab Advisor Cash Reserves Premier Sweep | A | Int./Div. | J | T | | | | | |
| 227. -FPA Crescent Fund | D | Int./Div. | M | T | Buy | 11/25/14 | M | | |
| 228. -RS Global Natural Resources Cl Y | | None | M | T | Buy | 12/23/14 | M | | |
| 229. Trust #1 (H) | | | | | | | | | |
| 230. -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 231. -BBH Core Select N | A | Int./Div. | K | T | | | | | |
| 232. -Berkshire Hathaway Inc Del B | | None | J | T | | | | | |
| 233. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 234. -WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 235. -GRT Value Fund Advisor Class | A | Int./Div. | J | T | | | | | |
| 236. -iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 237. -PIMCO Unconstrained Bond Instl CL | A | Int./Div. | | | Sold | 10/09/14 | K | | |
| 238. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 33

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

04/10/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |
| 240. -Schwab Municipal Money Fund Sweep Shares | A | Int./Div. | J | T | | | | | |
| 241. -Templeton Global Bond Fund Cl A | B | Int./Div. | K | T | | | | | |
| 242. -Virtus Premium AlphaSector CL I | D | Int./Div. | K | T | | | | | |
| 243. -ING Senior Income Cl A | A | Int./Div. | | | Sold | 04/14/14 | J | A | |
| 244. -Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | J | T | Buy | 04/15/14 | J | | |
| 245. -BlackRock Strategic Income Opps Instl | A | Int./Div. | K | T | Buy | 10/10/14 | K | | |
| 246. Trust #2 (H) | | | | | | | | | |
| 247. -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 248. -Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 249. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | K | T | | | | | |
| 250. -WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 251. -iShares Tr S&P 400 BARRA Midcap Growth | A | Int./Div. | J | T | | | | | |
| 252. -PIMCO Unconstrained Bond Instl CL | A | Int./Div. | | | Sold | 10/09/14 | K | | |
| 253. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 254. -First Eagle Global Inst CL I | A | Int./Div. | J | | | | | | |
| 255. -Schwab Municipal Money Fund Sweep Shares | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Templeton Global Bond Fund Cl A | B | Int./Div. | K | T | | | | | |
| 257. -Virtus Premium AlphaSector CL I | D | Int./Div. | K | T | | | | | |
| 258. -ING Senior Income Cl A | A | Int./Div. | | | Sold | 4/14/14 | J | B | |
| 259. -BBH Core Select N | A | Int./Div. | J | T | | | | | |
| 260. -Credit Suisse Floating Rate Hi Inc A | A | Int./Div. | J | T | Buy | 4/15/14 | J | | |
| 261. -BlackRock Strategic Income Opps Instl | B | Int./Div. | K | T | Buy | 10/10/14 | K | | |
| 262. UTMA #1 (H) | | | | | | | | | |
| 263. -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 264. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 265. -WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 266. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 267. -First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 268. -Templeton Global Bond Fund Cl A | B | Int./Div. | K | T | | | | | |
| 269. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 270. UTMA #2 (H) | | | | | | | | | |
| 271. -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 272. -Berkshire Hathaway Inc Del B | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 274. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 275. -First Eagle Global Inst CL I | B | Int./Div. | K | T | | | | | |
| 276. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 277. UTMA #3 (H) | | | | | | | | | |
| 278. -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 279. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 280. -WisdomTree MidCap Dividend | A | Int./Div. | J | T | | | | | |
| 281. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |
| 282. -First Eagle Global Inst CL I | A | Int./Div. | J | T | | | | | |
| 283. -Templeton Global Bond Fund Cl A | B | Int./Div. | K | T | | | | | |
| 284. -Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 285. UTMA #4 (H) | | | | | | | | | |
| 286. -Aberdeen Emerging Markets Instl | A | Int./Div. | J | T | | | | | |
| 287. -Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 288. -Wisdom Tree LargeCap Dividend Fund | A | Int./Div. | J | T | | | | | |
| 289. -Prudential Jennison Natural Resources Fund Cl Z | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -First Eagle Global Inst CL 1 | B | Int./Div. | K | T | | | | | |
| 291. -Schwab NY AMT Tax-Free Money Fund | | None | J | T | | | | | |
| 292. 529 Plan #1 (H) | | | | | | | | | |
| 293. -New York Saves Growth Stock Index Portfolio | | None | J | T | Sold (part) | 12/02/14 | K | E | |
| 294. -New York Saves Interest Accumulation Index Portfolio | | None | L | T | Buy (add'l) | 12/02/14 | J | | |
| 295. -New York Saves Value Stock Index Portfolio | | None | J | T | Sold (part) | 12/02/14 | K | E | |
| 296. -New York Saves Inflation Protected Portfolio | | None | | | Sold | 12/02/14 | J | | |
| 297. -New York Saves Bond Market Index Portfolio | | None | K | T | Buy | 12/02/14 | K | | |
| 298. 529 Plan #2 (H) | | | | | | | | | |
| 299. -New York Saves Interest Accumulation Portfolio | | None | M | T | Buy (add'l) | 07/15/14 | M | | |
| 300. -New York Saves Mid Cap Stock Index Portfolio | | None | K | T | Buy (add'l) | 07/15/14 | J | | |
| 301. -New York Saves Inflation Protected Portfolio | | None | | | Sold | 07/15/14 | M | D | |
| 302. -New York Saves Developed Markets Income Portfolio | | None | K | T | Sold (part) | 07/15/14 | J | A | |
| 303. - New York Saves Aggressive Growth Portfolio | | None | M | T | Buy (add'l) | 07/15/14 | J | | |
| 304. 529 Plan #3 (H) | | | | | | | | | |
| 305. -New York Saves Mid Cap Stock Index Portfolio | | None | K | T | Sold (part) | 07/15/14 | J | A | |
| 306. -New York Saves Inflation Protected Portfolio | | None | | | Sold | 07/15/14 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -New York Saves Developed Markets Income Portfolio | | None | K | T | Buy (add'l) | 07/15/14 | J | | |
| 308. -New York Interest Accumulation Portfolio | | None | M | T | Buy (add'l) | 07/15/14 | L | | |
| 309. -New York Aggressive Growth Portfolio | | None | K | T | Buy (add'l) | 07/15/14 | J | | |
| 310. 529 Plan #4 (H) | | | | | | | | | |
| 311. -New York Saves Growth Stock Index Portfolio | | None | K | T | Sold (part) | 12/02/14 | K | D | |
| 312. -New York Saves Interest Accumulation Portfolio | | None | L | T | Buy (add'l) | 12/02/14 | K | | |
| 313. -New York Saves Value Stock Index Portfolio | | None | K | T | Sold (part) | 12/02/14 | K | D | |
| 314. -New York Saves Inflation Protected Portfolio | | None | | | Sold | 12/02/14 | K | B | |
| 315. -New York Saves Bond Market Index Portfolio | | None | K | T | Buy | 12/02/14 | K | | |
| 316. Teachers Retirement System of NY 403(b) #1 (H) | | | | | | | | | |
| 317. -Diversified Equity | | None | M | T | | | | | |
| 318. -Stable Value | | None | L | T | | | | | |
| 319. -International Equity | | None | L | T | | | | | |
| 320. -Inflation Protection | | None | L | T | | | | | |
| 321. Citigroup Checking Account | | None | M | T | | | | | |
| 322. Chase Checking Account | | None | K | T | | | | | |
| 323. Westchester County Real Estate Parcel #1 Westchester Co., NY | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Westchester County Real Estate Parcel #2 Westchester Co., NY | | None | | | Sold | 03/19/14 | K | | |
| 325. Estate #2 - Brokerage A (H) | | | | | | | | | |
| 326. -Berkshire Hathaway Inc Del Cl A | | None | | | Sold | 01/30/14 | M | G | |
| 327. -Berkshire Hathaway Inc Del Cl B New | | None | | | Sold | 01/30/14 | M | G | |
| 328. -Port Authority New York and New Jersey Bds (73358TBV2) | A | Int./Div. | | | Redeemed | 01/15/14 | K | | |
| 329. -New York St Dorm Auth Revs Rev Bds (64983Q3U1) | A | Int./Div. | | | Sold | 01/31/14 | K | | |
| 330. -Port Auth NY and NJ Rev Bds Ser. Cons (73358TBN0) | A | Int./Div. | | | Redeemed | 01/15/14 | K | | |
| 331. -Fidelity Municipal Money Market (y) | | | | | | | | | |
| 332. Estate #2 - Brokerage B (H) | | | | | | | | | |
| 333. -Dreyfus Opportunistic Small Cap Fund | E | Int./Div. | M | T | | | | | |
| 334. -Dreyfus Technology Growth Fund-Cl A | B | Int./Div. | J | T | | | | | |
| 335. -Dynamic Total Return Fund-Class A | A | Int./Div. | M | T | | | | | |
| 336. Estate #2 - Brokerage C (H) (y) | | | | | | | | | |
| 337. Estate #2 - Checking Account A (H) | | | | | | | | | |
| 338. -Chase Checking Account | | None | L | T | | | | | |
| 339. Estate #2 - Real Estate Parcels (H) | | | | | | | | | |
| 340. -Westchester Co Real Estate Parcel #1 Westchester Co, NY | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Westchester Co Real Estate Parcel #4 Westchester Co, NY | | None | N | W | | | | | |
| 342. -Westchester Co Real Estate Parcel #5 Westchester Co, NY | | None | O | W | | | | | |
| 343. -Westchester Co Real Estate Parcel #6 Westchester Co, NY | | None | N | W | | | | | |
| 344. -Westchester Co Real Estate Parcel #7 Westchester Co, NY | | None | K | W | | | | | |
| 345. Estate #2 - Real Estate Investment Partnerships (H) | | | | | | | | | |
| 346. TC Albuquerque - Private Real Estate Partnership | | None | M | T | | | | | |
| 347. Brokerage #7 (H) | | | | | | | | | |
| 348. -CapitalSpring Direct Lending Partners, LP (Priv Equity) | E | Distribution | O | T | | | | | |
| 349. Brokerage #8 (H) | | | | | | | | | |
| 350. -Baron Growth | A | Int./Div. | K | T | | | | | |
| 351. -BBH Core Select N | B | Int./Div. | L | T | Buy (add'l) | 03/17/14 | K | | |
| 352. -Berkshire Hathaway Inc Del B | | None | M | T | Sold (part) | 11/03/14 | K | E | |
| 353. -BlackRock Equity Dividend I | | None | | | Sold | 03/17/14 | K | D | |
| 354. -BlackRock Global Allocation I | D | Int./Div. | M | T | | | | | |
| 355. -East Hampton Twn N Ypub Impt Go Bds Ser. (272731XQ8) | A | Int./Div. | J | T | | | | | |
| 356. -Fidelity Contrafund | C | Int./Div. | K | T | | | | | |
| 357. -Fidelity Low-Priced Stock Fund | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Ivy Asset Strategy Cl I | E | Int./Div. | M | T | | | | | |
| 359. -New York N Y City Transitional Fin (64971K3T1) | A | Int./Div. | K | T | | | | | |
| 360. -New York St Go Bds Ser. 2005 A (649787K80) | B | Int./Div. | K | T | | | | | |
| 361. -Royce Total Return Fund | B | Int./Div. | K | T | | | | | |
| 362. -SPDR S&P 500 ETF | A | Int./Div. | K | T | | | | | |
| 363. -SPDR S&P Midcap 400 ETF Tr Unit | A | Int./Div. | K | T | | | | | |
| 364. -St. Louis Mo Brd Ed Go Dbs Mo Direct (791639KS5) | A | Int./Div. | | | Matured | 04/01/14 | J | A | |
| 365. -St. Louis Mo Brd Ed Go Dbs Mo Direct (791639LB1) | A | Int./Div. | | | Matured | 04/01/14 | J | A | |
| 366. -Templeton Global Bond Fund Advisor Class | C | Int./Div. | | | Sold | 12/23/14 | L | | |
| 367. -Triborough Brdg & Tunl Auth N Y Revs 05 (896029F91) | B | Int./Div. | | | Redeemed | 03/13/14 | K | | |
| 368. -Tweedy Browne Global Value Fund | B | Int./Div. | K | T | | | | | |
| 369. -Vanguard Intermediate Term Tax Exempt | B | Int./Div. | | | Sold | 07/15/14 | L | | |
| 370. -Vanguard Limited Term Tax Exempt Adml Sh | A | Int./Div. | | | Sold | 07/15/14 | K | | |
| 371. -Schwab NY AMT Tax-Free Money Fund | A | Int./Div. | J | T | | | | | |
| 372. IRA #7 (H) | | | | | | | | | |
| 373. -Aberdeen Emerging Markets Instl | D | Int./Div. | M | T | | | | | |
| 374. -BBH Core Select N | B | Int./Div. | L | T | Buy (add'l) | 03/17/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 11/21/14 | K | E | |
| 376. -First Eagle Global Inst Cl I | D | Int./Div. | N | T | | | | | |
| 377. -Scout Unconstrained Bond Instl | C | Int./Div. | N | T | | | | | |
| 378. -Schwab Advisor Cash Reserves Premier Sweep | A | Int./Div. | J | | | | | | |
| 379. IRA #8 (H) | | | | | | | | | |
| 380. -BBH Core Select N | B | Int./Div. | L | T | Buy (add'l) | 03/17/14 | J | | |
| 381. | | | | | Sold (part) | 11/21/14 | J | A | |
| 382. -First Eagle Global Inst Cl I | C | Int./Div. | L | T | | | | | |
| 383. -Scout Unconstrained Bond Instl | A | Int./Div. | L | T | | | | | |
| 384. Trust #3 (H) | | | | | | | | | |
| 385. -SPDR S&P 500 ETF Trust | A | Int./Div. | K | T | Buy (add'l) | 07/07/14 | J | | |
| 386. -SPDR S&P Midcap 400 ETF Trust | A | Int./Div. | K | T | Buy (add'l) | 02/12/14 | J | | |
| 387. -Spartan Total Market Index Fid Advantage Class | A | Int./Div. | K | T | Buy (add'l) | 11/20/14 | J | | |
| 388. -Fidelity Contrafund | B | Int./Div. | K | T | | | | | |
| 389. -Fidelity Low Priced Stock | B | Int./Div. | K | T | Buy (add'l) | 02/10/14 | J | | |
| 390. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 391. | | | | | Buy (add'l) | 03/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 11/20/14 | J | A | |
| 393. -BBH Core Select N | A | Int./Div. | J | T | | | | | |
| 394. -Baron Growth Fund Retail Shares | A | Int./Div. | J | T | | | | | |
| 395. -BlackRock Equity Dividend Instl | | None | | | Sold | 03/13/14 | J | C | |
| 396. -BlackRock Global Allocation Fd Instl | B | Int./Div. | J | T | Sold (part) | 10/16/14 | J | B | |
| 397. -Ivy Asset Strategy Fund Cl I | B | Int./Div. | J | T | Sold (part) | 10/16/14 | J | C | |
| 398. | | | | | Sold (part) | 11/20/14 | J | A | |
| 399. -PIMCO Total Return Instl (y) | | | | | | | | | |
| 400. -Royce Total Return Fd Investment Cl | A | Int./Div. | J | T | | | | | |
| 401. -Templeton Global Bond Fund Advisor Class (y) | | | | | | | | | |
| 402. -Tweedy Browne Global Value Fund | A | Int./Div. | K | T | Buy (add'l) | 11/20/14 | J | | |
| 403. -Vanguard Intermediate Tax Exempt Admiral | A | Int./Div. | K | T | Buy (add'l) | 07/17/14 | K | | |
| 404. -Vanguard Limitd Term Tax Exempt Admiral | A | Int./Div. | J | T | | | | | |
| 405. -Fidelity Municipal Money Market | A | Int./Div. | K | T | | | | | |
| 406. -Baron Growth Fund Instl Class | A | Int./Div. | J | T | Buy | 03/13/14 | J | | |
| 407. -BlackRock Strategic Muni Opportunities I | A | Int./Div. | K | T | Buy | 05/23/14 | K | | |
| 408. | | | | | Buy (add'l) | 11/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -Deutsche Intermediate Tax/Amt Free Fd Inst | A | Int./Div. | K | T | Buy | 09/24/14 | K | | |
| 410. -Spartan 500 Index FD Advantage Class | A | Int./Div. | K | T | Buy | 10/16/14 | K | | |
| 411. Trust #4 (H) | | | | | | | | | |
| 412. -Chase Checking Account | | None | J | T | | | | | |
| 413. Westchester Co Real Estate Parcel #3 Westchester Co, NY (x) | | None | M | W | | | | | |
| 414. Westchester Co Real Estate Parcel #6 Westchester Co, NY (x) | | None | N | W | | | | | |
| 415. UTMA (#5) (H) (x) | | | | | | | | | |
| 416. -SPDR Series Trust Barclays 1-3 Month T-Bill (x) | | None | J | T | Buy | 05/16/14 | J | | |
| 417. -Wisdom Tree LargeCap Dividend Fund (x) | A | Int./Div. | J | T | Buy | 05/16/14 | J | | |
| 418. -PIMCO Short-Term Fund Instl (x) | A | Int./Div. | | | Buy | 05/20/14 | J | | |
| 419. | | | | | Sold | 10/09/14 | J | | |
| 420. -JPMorgan Strategic Income Opports. Sel. (x) | A | Int./Div. | J | T | Buy | 10/10/14 | J | | |
| 421. -Schwab Advisor Cash Reserves Premier Sweep (x) | | None | J | T | | | | | |
| 422. UTMA (#6) (H) (x) | | | | | | | | | |
| 423. -First Trust Dow Jones Internet Index (x) | | None | J | T | | | | | |
| 424. -SPDR Series Trust Barclays 1-3 Month T-Bill (x) | | None | J | T | Buy | 05/16/14 | J | | |
| 425. -Wisdom Tree LargeCap Dividend Fund (x) | A | Int./Div. | J | T | Buy | 05/16/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. -PIMCO Short-Term Fund Instl (x) | A | Int./Div. | | | Buy | 05/20/14 | J | | |
| 427. | | | | | Sold | 10/09/14 | J | | |
| 428. -JPMorgan Strategic Income Opports. Sel. (x) | A | Int./Div. | J | T | Buy | 10/10/14 | J | | |
| 429. -Schwab Advisor Cash Reserves Premier Sweep (x) | | None | J | T | | | | | |
| 430. Trust #5 (H) (x) | | | | | | | | | |
| 431. -Aberdeen Emerging Markets Instl (x) | A | Int./Div. | J | T | Buy (add'l) | 03/17/14 | J | | |
| 432. -BBH Core Select N (x) | A | Int./Div. | K | T | Buy (add'l) | 03/17/14 | J | | |
| 433. -Berkshire Hathaway Inc Del B (x) | | None | K | T | | | | | |
| 434. -BlackRock Strategic Income Opps Instl (x) | A | Int./Div. | K | T | Buy | 10/10/14 | K | | |
| 435. -Credit Suisse Floating Rate Hi Inc (x) | A | Int./Div. | K | T | Buy | 04/15/14 | K | | |
| 436. -First Eagle Global Inst CL I (x) | C | Int./Div. | K | T | Buy (add'l) | 03/17/14 | J | | |
| 437. -GRT Value Fund Advisor Class (x) | A | Int./Div. | J | T | | | | | |
| 438. -iShares Tr S&P 400 BARRA Midcap Growth (x) | A | Int./Div. | J | T | | | | | |
| 439. -PIMCO Unconstrained Bond Instl CL (x) | A | Int./Div. | | | Sold | 10/09/14 | K | | |
| 440. -Prudential Jennison Natural Resources Fund Cl Z (x) | | None | J | T | | | | | |
| 441. -Schwab NY AMT Tax-Free Money Fund (x) | A | Int./Div. | K | T | | | | | |
| 442. -Scout Unconstrained Bond Instl (x) | A | Int./Div. | J | T | Buy (add'l) | 03/17/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Templeton Global Bond Fund Cl A (x) | A | Int./Div. | J | T | Buy (add'l) | 03/17/14 | J | | |
| 444. -Virtus Premium AlphaSector Cl I (x) | C | Int./Div. | J | T | | | | | |
| 445. -Voya Senior Income Cl A (x) | A | Int./Div. | | | Sold | 04/14/14 | K | D | |
| 446. -WisdomTree LargeCap Dividend Fund (x) | A | Int./Div. | K | T | | | | | |
| 447. -WisdomTree MidCap Dividend Fund (x) | A | Int./Div. | J | T | | | | | |
| 448. Trust #6 (H) (x) | | | | | | | | | |
| 449. -Aberdeen Emerging Markets Instl (x) | A | Int./Div. | J | T | Buy (add'l) | 03/17/14 | J | | |
| 450. -BBH Core Select N (x) | A | Int./Div. | K | T | Buy (add'l) | 03/17/14 | J | | |
| 451. -Berkshire Hathaway Inc Del B (x) | | None | K | T | | | | | |
| 452. -BlackRock Strategic Income Opps Instl (x) | A | Int./Div. | K | T | Buy | 10/10/14 | K | | |
| 453. -Credit Suisse Floating Rate Hi Inc (x) | A | Int./Div. | K | T | Buy | 04/15/14 | K | | |
| 454. -First Eagle Global Inst CL I (x) | C | Int./Div. | L | T | Buy (add'l) | 03/17/14 | J | | |
| 455. -GRT Value Fund Advisor Class (x) | A | Int./Div. | J | T | | | | | |
| 456. -iShares Tr S&P 400 BARRA Midcap Growth (x) | A | Int./Div. | J | T | | | | | |
| 457. -PIMCO Unconstrained Bond Instl CL (x) | A | Int./Div. | | | Sold | 10/09/14 | K | | |
| 458. -Prudential Jennison Natural Resources Fund Cl Z (x) | | None | J | T | | | | | |
| 459. -Schwab NY AMT Tax-Free Money Fund (x) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 33

**Name of Person Reporting**

Engelmayer, Paul A.

**Date of Report**

04/10/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. -Scout Unconstrained Bond Instl (x) | A | Int./Div. | J | T | Buy (add'l) | 03/17/14 | J | | |
| 461. -Templeton Global Bond Fund Cl A (x) | A | Int./Div. | J | T | Buy (add'l) | 03/17/14 | J | | |
| 462. -Virtus Premium AlphaSector Cl I (x) | C | Int./Div. | K | T | | | | | |
| 463. -Voya Senior Income Cl A (x) | A | Int./Div. | | | Sold | 04/14/14 | K | D | |
| 464. -WisdomTree LargeCap Dividend Fund (x) | A | Int./Div. | K | T | | | | | |
| 465. -WisdomTree MidCap Dividend Fund (x) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re. Part II, Agreements - "2009 WilmerHale partnership agreement re. interest earned on retained capital of former partners (y)".
This agreement was disolved in mid-December, 2014.  It is no longer in force, and will not be listed on future Financial Disclosure Reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 04/10/2015 |

**FINANCIAL DISCLOSURE REPORT**

Page 33 of 33

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

04/10/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul A. Engelmayer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544